69 A.3d 218

Qashime WAGNER, PP# 878428, Petitioner

v.

John DELANEY, Respondent.

No. 54 EM 2013.

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.